Maura Walsh Ochoa (SBN 193799)
Nancy M. Han (SBN 262601)
GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA LLP
505 Sansome Street, Suite 1950
San Francisco, California 94111
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Defendants
WIRSBO COMPANY, UPONOR NORTH AMERICA, and UPONOR INC.

FILED

2010 AUG 17 PM 2:31

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

BY:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

ED CV 10-01233 VAP (OPx)

| | |
|---|---|
| ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, SUSAN LOOMIS, individually and on behalf of a class of similarly situated persons, ANTHONY RADICIA, individually and on behalf of a class of similarly situated persons, CHRISTINA RADICIA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>WIRSBO COMPANY, an Illinois Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation; UPONOR, INC., an Illinois Corporation; UPONOR WIRSBO, Business Entity of Unknown Form; K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 through 6,000, inclusive, HOVNANIAN ENTERPRISES, INC, a Delaware Corporation<br><br>Defendants. | Case No.: RIC 10014389<br><br>**NOTICE OF REMOVAL** |

///

///

n/s
Sep 6

16

**WIRSBO COMPANY, UPONOR NORTH AMERICA, INC. AND UPONOR, INC's NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

COMES NOW WIRSBO COMPANY, an Illinois Corporation, UPONOR NORTH AMERICA, INC., a Delaware Corporation and UPONOR, INC., an Illinois Corporation, by and through their counsel of record, GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA, LLP and submits this Notice of Removal to The United States District Court, Central District of California, Eastern Division.

Please take notice that WIRSBO COMPANY, an Illinois Corporation, UPONOR NORTH AMERICA, INC., a Delaware Corporation and UPONOR, INC., an Illinois Corporation, hereby removes the state action entitled *Roger Sweidan, individually and on behalf of a class of similarly situated persons, Susan Loomis, individually and on behalf of a class of similarly situated persons, Anthony Radicia, individually and on behalf of a class of similarly situated persons, Christina Radicia, individually and on behalf of a class of similarly situated persons v. Wirsbo Company, an Illinois Corporation, Uponor North America, Inc,. a Delaware Corporation, Uponor, Inc., an Illinois Corporation, Uponor Wirsbo, a business entity of Unknown Form, K. Hovnanian Communities, Inc., a California Corporation, formally known as K. Hovnanian Forecast Homes Southern, Inc., a California Corporation, formerly known as K. Hovnanian Forecast Homes, Inc., a California Corporation; Hovnanian Enterprises, Inc., a Delaware Corporation; Executive Plumbing, Inc., a California Corporation; and Does 1 though 6,000, inclusive,* Case No. 10014789, filed in the Superior Court of California, County of Riverside-Riverside Court. The grounds for removal are:

1. Removal is appropriate pursuant to 28 U.S.C. §1441(a) because this Court has original jurisdiction over this proposed class action founded on Diversity of Citizenship pursuant to 28 U.S.C.§1332(d)(2)(A). Pursuant to the claims set forth in Plaintiffs' Complaint, the matters in controversy allegedly exceed $5,000,000, exclusive of interest and costs, and Diversity of Citizenship exists between a member of the proposed class of Plaintiffs and Uponor, Inc., as follows:

a. Upon information and belief, a member of the proposed class of Plaintiffs is a citizen of the State of California.

b. Defendant, Uponor, Inc., at all times relevant herein, was and is incorporated in the State of Illinois with its principal place of business in Minnesota.

c. Defendant, Wirsbo Company, at all times relevant herein, was and is incorporated in the State of Illinois with its principal place of business in Minnesota.

d. Defendant, Uponor North America, at all times relevant herein, was and is incorporated in the State of Delaware with its principal place of business in Minnesota.

2. Defendants, Wirsbo Company, Uponor North America, Inc. and Uponor, Inc. were served with Plaintiff's Complaint on August 2, 2010. This Notice is therefore timely filed within 30 days of service, as required by 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. §1446(a), Wirsbo Company, Uponor North America, Inc. and Uponor, Inc. provide this Court with copies of the following documents:

a. Summons and Complaint, attached hereto as Exhibit 1;

b. Wirsbo Company, Uponor North America, Inc. and Uponor, Inc.'s Notice of Removal of Action attached hereto as Exhibit 2.

A copy of this Notice is being filed concurrently with the Clerk of the United States District Court, Central District of California, Eastern Division, and served on Plaintiffs' counsel.

Dated: August 17, 2010

**GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA LLP**

By: [signature]

Nancy M. Han
Attorneys for Defendants
WIRSBO COMPANY, UPONOR NORTH AMERICA, and UPONOR INC.

Kenneth S. Kasdan, SBN 71427
Michael D. Turner, SBN 126455
Scott J. Thomson, SBN 237052
KASDAN, SIMONDS, RILEY & VAUGHAN LLP
19900 MacArthur Boulevard, Suite 850
Irvine, California 92612
Telephone: (949) 851-9000
Facsimile: (949) 833-9455
KKasdan@kasdansimonds.com
MTurner@kasdansimonds.com
SThomson@kasdansimonds.com

Attorneys for Plaintiffs and the Proposed Class

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUL 26 2010
A. Sanchez

LJF
JUL 27 2010
R

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF RIVERSIDE - RIVERSIDE COURT**

ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, SUSAN LOOMIS, individually and on behalf of a class of similarly situated persons, ANTHONY RADICIA, individually and on behalf of a class of similarly situated persons, CHRISTINA RADICIA, individually and on behalf of a class of similarly situated persons,

Plaintiffs,

v.

WIRSBO COMPANY, an Illinois Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation, UPONOR, INC., an Illinois Corporation, UPONOR WIRSBO, a Business Entity of Unknown Form, K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as, K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; HOVNANIAN ENTERPRISES, INC., a Delaware Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 through 6,000, inclusive,

Defendants.

Case No. RIC 10014789

Judge ______

Dept. ______

**CLASS ACTION**

**COMPLAINT FOR DAMAGES**

**1. Violation of Standards for Residential Construction**

**JURY TRIAL DEMANDED**

**UNLIMITED CIVIL CASE**

///

EXHIBIT
1

Plaintiffs Roger Sweidan, Susan Loomis, Anthony Radicia, and Christina Radicia, individually and on behalf of all others similarly situated (hereinafter "Plaintiffs") bring this action and allege as follows:

## INTRODUCTION

1. Plaintiffs are the current owners of new residential units located in the State of California, whether purchased directly from the original seller, or subsequently purchased, from any other seller, intended for the purpose of dwelling therein ("HOMES") where the original purchase agreements for the HOMES were signed by the original seller, on or after January 1, 2003 and therefore actionable defects for deficiencies in the original construction of the HOMES against builders, general contractors, subcontractors, material suppliers and individual product manufacturers for the incorporation of defective components into the HOMES are brought pursuant to violations of the standards set forth in California *Civil Code* section 895 et seq.

2. As part of the original construction and original sale of Plaintiffs' HOMES plumbing was provided at the HOMES and defendants were builders, general contractors, subcontractors, material suppliers, product manufacturers, and/or distributors and were responsible in some manner for the incorporation of defective components into the HOMES which were used in the original construction of the plumbing lines of Plaintiffs' HOMES including, but not limited to, yellow brass fittings.

3. Yellow brass fittings which were installed as part of original construction as a component of the plumbing lines in Plaintiffs' HOMES are corroding through various processes of dezincification so as to impede the useful life of the plumbing systems which is an actionable defect as a violation of the standard set forth in California *Civil Code* section 896(a)(15) and this action is brought for the incorporation of yellow brass fittings, a defective component, into the plumbing lines of Plaintiffs' HOMES.

## THE PARTIES

4. Plaintiffs Roger Sweidan and Susan Loomis, are the owners of a single-family residence located at 31130 Desert View Court, in Menifee, California. Plaintiffs acquired their equitable and legal ownership of the property on, or about, March 8, 2007.

5. Plaintiffs Anthony Radicia, and Christina Radicia, are the owners of a single-family residence located at 29056 Heaton Lane, in Menifee, California. Plaintiffs acquired their equitable and legal ownership

of the property on, or about, July 30, 2005.

6. Plaintiffs are excused from procedures contained within Title 7, Chapter 4 of the California *Civil Code* pre-litigation process, pursuant to California *Civil Code* section 931, which states "[a]s to any class action claims that address solely the incorporation of a defective component into a residence, the named and unnamed class members need not comply with..." Title 7, Chapter 4.

7. Defendant WIRSBO COMPANY is an Illinois Corporation, who at all relevant times herein, was doing business in the State of California with its principal business operations conducted from offices in Apple Valley, Minnesota.

8. Defendant UPONOR NORTH AMERICA, INC. is a Delaware Corporation, who at all relevant times herein, was doing business in the State of California with its principal business operations conducted from offices in Minneapolis, Minnesota.

9. Defendant UPONOR, INC., is an Illinois Corporation, who at all relevant times herein, was doing business doing business in the State of California with its principal business operations conducted from offices in Minneapolis, Minnesota.

10. Defendant UPONOR WIRSBO, is a Business Entity of Unknown Form, who at all relevant times herein, doing business in the State of California with its principal business operations conducted from offices in Apple Valley, Minnesota.

11. Plaintiffs are ignorant of the names of defendants fictitiously named herein as DOES 1-500 (collectively "OTHER WIRSBO DEFENDANTS"), who at all relevant times herein, were doing business in the State of California.

12. WIRSBO COMPANY, UPONOR NORTH AMERICA, INC., UPONOR, INC., UPONOR WIRSBO, and OTHER WIRSBO DEFENDANTS are collectively referred to herein as the "WIRSBO COMPANIES" and were manufacturers and material suppliers of components of Plaintiffs' HOMES for original construction including, but not limited to, yellow brass fittings installed in the plumbing lines of the HOMES.

13. Defendant K. HOVNANIAN COMMUNITIES, INC., formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., formerly known as, K. HOVNANIAN FORECAST HOMES, INC. is a California Corporation, who at all relevant times herein, was doing business in the State of California with its principal business operations conducted from offices in Ontario, California.

14. Defendant HOVNANIAN ENTERPRISES, INC. is a Delaware Corporation, who at all relevant times herein, was doing business in the State of California with its principal business operations conducted from offices in Red Bank, New Jersey.

15. Plaintiffs are ignorant of the names of defendants fictitiously named herein as DOES 501-1,500 (collectively "OTHER DEVELOPER DEFENDANTS"), who at all relevant times herein were doing business in the State of California.

16. K. HOVNANIAN COMMUNITIES, INC., formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., formerly known as, K. HOVNANIAN FORECAST HOMES, INC, HOVNANIAN ENTERPRISES, INC., and OTHER DEVELOPER DEFENDANTS are collectively referred to herein as the "DEVELOPER DEFENDANTS" and were the developers and builders of Plaintiffs' HOMES and were responsible in some manner for the incorporation of defective components into the HOMES which were used in the original construction of the plumbing lines of Plaintiffs' HOMES including, but not limited to, yellow brass fittings manufactured and supplied by WIRSBO COMPANIES.

17. Defendant EXECUTIVE PLUMBING, INC. is a California Corporation, who at all relevant times herein, was doing business in the State of California.

18. Plaintiffs are ignorant of the names of defendants fictitiously named herein as DOES 1,501-5,000 (collectively "OTHER SUBCONTRACTOR DEFENDANTS"), who at all relevant times herein were doing business in the State of California.

19. EXECUTIVE PLUMBING, INC. and "OTHER SUBCONTRACTOR DEFENDANTS" are collectively referred to herein as the "SUBCONTRACTOR DEFENDANTS" and supplied labor and material during the construction of Plaintiffs' HOMES and were responsible in some manner for the incorporation of defective components into the HOMES which were used in the original construction of the plumbing lines of Plaintiffs' HOMES including, but not limited to, yellow brass fittings manufactured and supplied by WIRSBO COMPANIES.

20. Plaintiffs are ignorant of the names of defendants fictitiously named herein as DOES 5,001-6,000 (collectively "DISTRIBUTOR DEFENDANTS"), who at all relevant times herein, were doing business in the State of California and who acted as material suppliers of yellow brass fittings manufactured and supplied by WIRSBO COMPANIES which were installed as part of original construction as a component

of the plumbing lines in Plaintiffs' HOMES.

21. Plaintiffs are ignorant of the true names and capacities of the parties sued as DOES 1 through 6,000, inclusive, and therefore sue them under fictitious names. Upon learning their true names and capacities, Plaintiffs will amend the Complaint to reflect the same. Upon information and belief, Plaintiffs allege that DOES 1 through 6,000, inclusive, are responsible in some manner for the occurrences herein alleged and Plaintiffs damages as herein alleged were proximately caused by such occurrences.

## JURISDICTION AND VENUE

22. This Court has jurisdiction over this action pursuant to California *Code of Civil Procedure* section 410.10. Plaintiffs seek damages on behalf of themselves and all others similarly situated under the laws of the State of California.

23. Venue is proper in this Court pursuant to California *Code of Civil Procedure* section 392 because the damages that Plaintiffs seek are for injuries to Plaintiffs' HOMES which are real property which are located in all of the Counties of California, which includes Riverside County.

## CLASS ACTION ALLEGATIONS

24. This suit is brought as a class action pursuant to California *Code of Civil Procedure* section 382, on behalf of a class of:

> all owners of originally constructed individual dwelling units, other than condominium conversions, in the State of California where the original purchase agreements for the individual dwelling units were signed by the original seller, on or after January 1, 2003 where the residential units had installed, as part of the original construction, yellow brass fittings in the plumbing lines which were supplied and manufactured by WIRSBO COMPANIES

25. Plaintiffs specifically exclude Defendants or its related entities from the proposed class, all subsidiaries or affiliates of Defendants; any entity in which Defendants has a controlling interest; and any and all of Defendants' employees, affiliates, legal representatives, heirs, successors or assignees.

26. Plaintiffs also specifically exclude from the class any person or entity that has previously commenced and concluded a lawsuit against the WIRSBO COMPANIES arising out of the subject matter of this lawsuit.

27. Plaintiffs also specifically exclude from the class the judge assigned to this case and any member of the judge's immediate family.

28. Plaintiffs do not, as yet, know the exact size of the class, but estimate the number HOMES owned by the class members to number not less than one hundred and sixty eight thousand (168,000).

29. The basis for the Class size estimate is that from 2003 to the date of the filing of this action approximately 1,120,000 (one million one hundred and twenty thousand) new residential units were constructed in the State of California and on information and belief Plaintiffs' estimate not less than fifteen percent (15%) of the homes constructed between 2003 to the date of the filing of this action included yellow brass fittings installed in the original plumbing lines supplied and manufactured by WIRSBO COMPANIES.

30. The Joinder of the owners of one hundred and sixty eight thousand (168,000) HOMES would be impracticable.

31. There are questions of law and fact common to the class that predominate over any questions that may affect only individual members of the class, including, but not limited to:

(a) Whether California *Civil Code* section 896(a)(15) was violated by the supply of defective yellow brass fittings incorporated as a component into the plumbing lines of new residential housing originally sold after January 1, 2003;

(b) Whether California *Civil Code* section 896(a)(15) was violated by the manufacture of defective yellow brass fittings incorporated as a component into the plumbing lines of new residential housing originally sold after January 1, 2003;

(c) Whether any defenses raised are meritorious;

(d) Establishing corroding of the yellow brass fittings through various processes of dezincification;

(e) Establishing that yellow brass fittings are corroding through various processes of dezincification so as to impede the useful life of the plumbing systems;

(f) The necessary repair required to remedy the corrosion of the yellow brass fittings supplied;

(g) Establishing the useful life of a plumbing system; and

(h) The measure of damages suffered by Plaintiffs and the class members.

32. Plaintiffs will fairly and adequately protect the interests of the class members in that Plaintiffs' claims are typical and representative of the claims of all members of the class, all of whom own HOMES where yellow brass fittings were installed in the original plumbing lines of the HOMES which were manufactured and supplied by WIRSBO COMPANIES which are corroding through various processes

of dezincification and representation will further benefit the class because of the nature of the corrosion of the components of the plumbing systems many class members may be unaware of the ongoing corrosion that is impeding the useful life of their plumbing systems.

33. There are no defenses of a unique nature that may be asserted against Plaintiffs individually, as distinguished from the other members of the class, and the relief sought is common to the class. Plaintiffs are owners of HOMES, where WIRSBO COMPANIES supplied and manufactured yellow brass fittings installed in the original plumbing lines of the HOMES, and do not have any interest that is in conflict with or is antagonistic to the interests of the members of the class. Plaintiffs have retained competent counsel experienced in multiparty complex construction defect actions to represent themselves and the class.

34. A class action is superior to other available methods for the fair and efficient adjudication of this controversy. In the absence of a class action WIRSBO COMPANIES and remaining defendants will not be held liable for damages and will retain profits and avoid the natural assumption of risk and risk spreading of business and class members who fail to detect the corrosion of WIRSBO COMPANIES' yellow brass fittings within the period of limitations for filing an action may be left without remedy.

35. Plaintiffs allege that at all relevant times, each and every Defendant was acting as the duly authorized agent of each and every other Defendant, that each Defendant is liable for each and every wrong committed by each and every other Defendant, amongst other forms of joint and several liability. Defendants have proximately caused Plaintiffs' indivisible damages, as alleged below, so as to make each Defendant liable, either by joint and several liability, joint liability, several liability, proportionate liability or whole liability.

36. In addition to successor in interest liability, Plaintiffs allege that each individual entities comprising the WIRSBO COMPANIES are, and at all relevant times were, directors, officers and/or owners of stock and equitable interests of each of the other WIRSBO COMPANIES. The shares and equitable interests so owned constitute 100 percent of the total number of shares issued and outstanding, and of all ownership interests in such entities. Plaintiffs further allege that WIRSBO COMPANIES were and are the alter egos of each other, have commingled assets, have commingled business operations, have ignored corporate formalities, have formed multiple corporations to avoid valid debts and obligations, and that it would be unjust to permit defendants to avoid individual liability through the use of sham entities.

37. There exists, and at all relevant times existed, a unity of interest and ownership between the WIRSBO COMPANIES, such that any individuality and separateness between them has ceased, and WIRSBO COMPANIES are the alter ego of one another, in that each of them was used as merely a shell, instrumentality, and conduit by the others for the manufacture and supply of yellow brass fittings installed, at the time of original construction, in the plumbing lines of Plaintiffs' HOMES in California.

38. WIRSBO COMPANIES, and each of them, were not and are not adequately capitalized for performance of their responsibilities as a manufacturer and supplier of yellow brass fittings installed in the plumbing lines of Plaintiffs' HOMES within the State of California; the object of their activities was to generate income, funds and gain for the benefit of their respective true principals, including but not limited to Does 1 to 500; their assets and liabilities were manipulated as between them so as to concentrate the assets in some and the liabilities in others; and such entities, transactions and business structures were employed by the WIRSBO COMPANIES with an intent to avoid performance of their duties and satisfaction of their corporate and fiduciary responsibilities, and to use such business entities as a shield against liability for the manufacture and supply of defective yellow brass fittings installed in the plumbing lines of Plaintiffs' HOMES. Plaintiffs allege that there are not sufficient assets and capital within the WIRSBO COMPANIES to fully satisfy any judgment Plaintiffs may obtain to repair the defective yellow brass fittings in the plumbing lines of Plaintiffs' HOMES.

39. Adherence to the fiction of the separate existence of the WIRSBO COMPANIES would, under the circumstances alleged above, permit abuse of the corporate privilege, sanction a fraud, promote injustice, and produce an inequitable result, in that these true principals transferred funds and assets from WIRSBO COMPANIES for these principals' undisclosed benefit and use, and enabled WIRSBO COMPANIES to engage in the manufacturer and supplier of yellow brass fittings installed in the plumbing lines of Plaintiffs' HOMES within the State of California, without assets or capital sufficient to compensate Plaintiffs for the cost of repairing the defective yellow brass fittings installed in the plumbing lines of Plaintiffs' HOMES, arising from the failure of the WIRSBO COMPANIES to fulfill their responsibilities in the manufacture and supply of components to plumbing lines of new residential construction in the State of California.

///

## DEMAND FOR TRIAL BY JURY

40. Plaintiff, on behalf of themselves and all others similarly situated, hereby demands a trial by jury for all issues so triable.

## FACTUAL ALLEGATIONS

41. Plaintiffs' are the owners of HOMES located in the State of California.

42. Plaintiffs' HOMES contain defective yellow brass fittings in the plumbing lines installed at the time of original construction, which were manufactured by WIRSBO COMPANIES and supplied by the WIRSBO COMPANIES and DISTRIBUTOR DEFENDANTS.

43. DEVELOPER DEFENDANTS were the original sellers and builders, as defined in California *Civil Code* section 911, of Plaintiffs' HOMES.

44. SUBCONTRACTOR DEFENDANTS suppled labor and material for the construction of Plaintiffs' HOMES at the time of original construction.

45. The original purchase agreements for the original sale of Plaintiffs' HOMES by the original seller were signed on, or after, January 1, 2003.

46. Individual product manufacturers, material suppliers, builders, general contractors, and subcontractors are subject to an action for recovery of damages for the violation of the standards enumerated in California *Civil Code* section 895 et seq., which includes California *Civil Code* section 896(a)(15), for the incorporation of defective yellow brass fittings in the plumbing lines of Plaintiffs' HOMES at the time of original construction.

47. The yellow brass fittings which were manufactured by WIRSBO COMPANIES are corroding through various processes of dezincification so as to impede the useful life of the plumbing system of Plaintiffs' HOMES and Plaintiffs bring this action pursuant to California *Civil Code* section 895 et seq. for the violation of the building standards contained at California *Civil Code* section 896(a)(15).

48. Between 2000 to the date of the filing of this action, the WIRSBO COMPANIES, individually and collectively, acted in the capacity and engaged in the business of a manufacturer and material supplier of defective yellow brass fittings which were components incorporated at the time of original construction into the plumbing lines of Plaintiffs' HOMES.

49. WIRSBO COMPANIES were negligent in the design and manufacture of the yellow brass fittings

for a number of reasons, including WIRSBO COMPANIES' choice of a high zinc content brass alloy as the material used for the yellow brass fittings.

50. WIRSBO COMPANIES knew or should have known that the brass alloy chosen for the yellow brass fittings made the fittings susceptible to corroding through various processes of dezincification.

51. The yellow brass fittings fail their intend purpose because of the defective design and manufacture.

52. Between 2000 to the date of the filing of this action, the DISTRIBUTOR DEFENDANTS, individually and collectively, acted in the capacity and engaged in the business of a material supplier of defective yellow brass fittings which were components incorporated at the time of original construction into the plumbing lines of Plaintiffs' HOMES.

53. DISTRIBUTOR DEFENDANTS knew or should have known that the high zinc content of the brass alloy of the yellow brass fittings made the fittings susceptible to corroding through various processes of dezincification.

54. DISTRIBUTOR DEFENDANTS acted as a material suppliers and failed to inspect or inquire into the susceptibility of the yellow brass fittings corroding through various processes of dezincification prior to the supply of yellow brass fittings to contractors and subcontractors for incorporation, at the time of original construction, as a component into the plumbing lines of Plaintiffs' HOMES.

55. DEVELOPER DEFENDANTS were original sellers and builders, as defined in California *Civil Code* section 911, of Plaintiffs' HOMES, and pursuant to California *Civil Code* section 895 et seq. are responsible to Plaintiffs for the incorporation of defective yellow brass fittings as components of the plumbing lines in Plaintiffs' homes installed at the time of original construction.

56. SUBCONTRACTOR DEFENDANTS supplied and incorporated the defective yellow brass fittings into the plumbing lines of Plaintiffs' HOMES at the time of original construction.

57. SUBCONTRACTOR DEFENDANTS knew or should have known that the high zinc content of the brass alloy of the yellow brass fittings made the fittings susceptible to corroding through various processes of dezincification.

58. SUBCONTRACTOR DEFENDANTS failed to inspect or inquire into the susceptibility of the yellow brass fittings to corroding through various processes of dezincification, prior to the incorporation, at the time of original construction, as a component into the plumbing lines of Plaintiffs' HOMES.

59. Plaintiffs have incurred and, during the pendency of this action, will incur expenses for attorney's fees and costs herein. Such attorney's fees and costs are necessary for the prosecution of this action and will result in a benefit to each of the members of the class. This action will result in the enforcement of important rights supported by strong public policy affecting the public interest which will confer a significant benefit on the general public and a large class of persons, where the necessity and financial burden of private enforcement are such as to make the award appropriate, and where such fees should not in the interest of justice be paid out of the recovery, pursuant to *California Code of Civil Procedure* §1021.5.

60. Plaintiffs were also required to retain the services of experts and consultants to investigate the violations of the building standard contained at California *Civil Code* section 896(a)(15) and seek damages for investigative costs pursuant to California *Civil Code* § 944.

61. COMPLEX ACTION. The facts and circumstances as alleged in this Complaint will involve the management of a large number of witnesses and substantial documentary evidence, will include a large number of parties, may involve extensive pre-trial motions which may raise difficult or novel issues that will be time-consuming to resolve, and the remedies of which are requested will require substantial post judgment judicial supervision. As such, the action will require exceptional judicial management to avoid placing unnecessary burdens on the Court or the litigants and to expedite the case, keep costs reasonable, and promote effective judicial decision-making by the Court, the parties and counsel, and as such is designated by Plaintiffs as a complex case pursuant to *California Rules of Court* Rule 3.400 et seq.

**FIRST CAUSE OF ACTION INDIVIDUALLY, AND ON BEHALF OF CLASS**
**(Violation of Standards for Residential Construction)**
**[By Plaintiffs Against WIRSBO COMPANIES, DISTRIBUTOR DEFENDANTS, DEVELOPER DEFENDANTS, SUBCONTRACTOR DEFENDANTS and Does 1-6,000, Inclusive]**

62. Plaintiffs reallege Paragraphs 1 through 61 of the Complaint above and incorporate them herein by reference as if fully set forth at this point.

63. Plaintiffs allege Defendants are liable for damages arising out of and related to the incorporation of defective yellow brass fittings manufactured and supplied by WIRSBO COMPANIES installed in Plaintiffs' HOMES at original construction which are corroding through various processes of dezincification

and are impeding the useful life of the plumbing systems of Plaintiffs' HOMES in violation of the building standards for original construction as enumerated in California *Civil Code* section 896(a)(15).

64. As a direct and proximate result of these Defendants' violations of the standards for residential construction Plaintiffs have been damaged in that they have been and will be required to incur expenses to correct, replace and reconstruct these defective components within the PROJECT, as well as to correct, replace and reconstruct the damage to property resulting therefrom, and they will be required to incur expenses for related costs such as for relocation, loss of use, substitute housing, and other expenses, at a cost which is presently unknown, but believed to be a sum in excess of seven hundred million dollars ($700,000,000). Plaintiffs were also required to retain the services of experts and consultants to investigate the nature and extent of the alleged defective conditions and resulting damages, and seek damages for investigative costs pursuant to California *Civil Code* § 944.

**PRAYER FOR RELIEF**

Wherefore:

1. Class Plaintiffs respectfully request that this Court certify this action as a class action and certify Plaintiffs' as representative of the class and designating their counsel for the class;

2. For general and special damages according to proof at the time of trial and as provided by law according to proof at time of trial and believed to be in excess of seven hundred million dollars ($700,000,000).

3. For costs and expenses of suit incurred herein;

4. For investigative costs pursuant to California *Civil Code* § 944;

5. For attorney's fees, pursuant to *California Code of Civil Procedure* §1021.5; and

6. For such other and further relief as the Court deems just and proper.

DATED: July 23, 2010

KASDAN, SIMONDS, RILEY & VAUGHAN LLP

By: [signature]
Kenneth S. Kasdan
Michael D. Turner
Scott J. Thomson
Attorneys for Plaintiffs

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Scott J. Thomson, SBN 237057<br>KASDAN SIMONDS RILEY & VAUGHAN, LLP<br>19900 MacArthur Blvd., Suite 850<br><br>Irvine, CA 92612<br>TELEPHONE NO.: (949) 851-9000 FAX NO. *(Optional)*: (949) 833-9455<br>E-MAIL ADDRESS *(Optional)*: sthomson@kasdansimonds.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 4050 Main Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501-3703<br>BRANCH NAME: RIVERSIDE COURT-CIVIL DEPARTMENT COURTHOUSE | |
| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated, etc.,<br>DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER:<br><br>RIC 10014729 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Certificate of Counsel, Notice of Assignment to Department for Case Management Purposes and Case Management Conference.
3. a. Party served *(specify name of party as shown on documents served)*: UPONOR, INC.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 5925 148th Street West, Apple Valley, MN 55124.

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.



Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Legal Solutions Plus

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated, etc., DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER: RIC 10014729 |
|---|---|

5\. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* July 28, 2010 (2) from *(city):* Irvine, California

(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6\. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ ] as an individual defendant.

b. [ ] as the person sued under the fictitious name of *(specify):*

c. [ ] as occupant.

d. [X] On behalf of *(specify):* UPONOR, INC.

under the following Code of Civil Procedure section:

[X] 416.10 (corporation)
[ ] 416.20 (defunct corporation)
[ ] 416.30 (joint stock company/association)
[ ] 416.40 (association or partnership)
[ ] 416.50 (public entity)
[ ] 415.95 (business organization, form unknown)
[ ] 416.60 (minor)
[ ] 416.70 (ward or conservatee)
[ ] 416.90 (authorized person)
[ ] 415.46 (occupant)
[ ] other:

7\. **Person who served papers**

a. Name: TRISH MARICELLI

b. Address: 19900 MacArthur Blvd., Suite 850, Irvine, CA 92612

c. Telephone number: (949) 851-9000

d. **The fee for service was:** $

e. I am:

(1) [ ] not a registered California process server.

(2) [X] exempt from registration under Business and Professions Code section 22350(b).

(3) [ ] registered California process server:

(i) [ ] owner [ ] employee [ ] independent contractor.

(ii) Registration No.:

(iii) County:

8\. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9\. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 27, 2010

TRISH MARICELLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Trish Maricelli
(SIGNATURE)

RECEIVED 07/25/2010 20:11

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUL 26 2010
R. Devries

NOTICE TO DEFENDANT: WIRSBO COMPANY, an Illinois
(AVISO AL DEMANDADO): Corporation; UPONOR NORTH
AMERICA, INC., a Delaware Corporation, UPONOR, INC.,
an Illinois Corporation,
(SEE ATTACHED ADDITIONAL DEFENDANTS ATTACHMENT)

YOU ARE BEING SUED BY PLAINTIFF: ROGER SWEIDAN,
(LO ESTÁ DEMANDANDO EL DEMANDANTE): individually and on
behalf of a class of similarly situated persons,
(SEE ATTACHED ADDITIONAL PLAINTIFFS ATTACHMENT)

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA - RIVERSIDE
4050 Main St.
Same
Riverside, CA 92401

CASE NUMBER: *(Número del Caso):* RIC 10014729

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
(949)851-9000 (949)833-9455
Scott Thomsen, SBN 237057
KASDAN SIMONDS RILEY & VAUGHAN LLP
19900 MacArthur Bvld., Ste. 850
Irvine, CA 92612

DATE: JUL 26 2010 Clerk, by R. Devries, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [X] on behalf of *(specify)*: UPONOR, INC.

under: [X] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: SWEIDAN, et al. v. WIRSBO COMPANY, et al. | CASE NUMBER: |
|---|---|

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

UPONOR WIRSBO, a Business Entity of Unknown Form, K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; HOVNANIAN ENTERPRISES, INC., a Delaware Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 though 6,000, inclusive.



Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Legal Solutions Plus

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Scott J. Thomson, SBN 237057<br>KASDAN SIMONDS RILEY & VAUGHAN, LLP<br>19900 MacArthur Blvd., Suite 850<br><br>Irvine, CA 92612<br>TELEPHONE NO.: (949) 851-9000 FAX NO. *(Optional)*: (949) 833-9455<br>E-MAIL ADDRESS *(Optional)*: sthomson@kasdansimonds.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 4050 Main Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501-3703<br>BRANCH NAME: RIVERSIDE COURT-CIVIL DEPARTMENT COURTHOUSE | |
| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, etc.<br>DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER:<br>RIC 10014729 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Certificate of Counsel, Notice of Assignment to Department for Case Management Purposes and Case Management Conference.
3. a. Party served *(specify name of party as shown on documents served)*: UPONOR NORTH AMERICA, INC.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 5925 148th Street West, Apple Valley, MN 55124.

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, etc.<br>DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER:<br>RIC 10014729 |
|---|---|

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: July 28, 2010 (2) from *(city)*: Irvine, California
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: UPONOR NORTH AMERICA, INC.
   under the following Code of Civil Procedure section:
   [X] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**
   a. Name: TRISH MARICELLI
   b. Address: 19900 MacArthur Blvd., Suite 850, Irvine, CA 92612
   c. Telephone number: (949) 851-9000
   d. **The fee for service was:** $
   e. I am:
   (1) [ ] not a registered California process server.
   (2) [X] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 28, 2010

TRISH MARICELLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Trish Maricelli
(SIGNATURE)

RECEIVED 07/25/2010 20:11

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUL 26 2010
R. Devries

NOTICE TO DEFENDANT: WIRSBO COMPANY, an Illinois
(AVISO AL DEMANDADO): Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation, UPONOR, INC., an Illinois Corporation,
(SEE ATTACHED ADDITIONAL DEFENDANTS ATTACHMENT)

YOU ARE BEING SUED BY PLAINTIFF: ROGER SWEIDAN,
(LO ESTÁ DEMANDANDO EL DEMANDANTE): individually and on behalf of a class of similarly situated persons,
(SEE ATTACHED ADDITIONAL PLAINTIFFS ATTACHMENT)

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER: (Número del Caso): RIC 10014729

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA - RIVERSIDE
4050 Main St.
same
Riverside, CA 92401

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
(949) 851-9000 (949) 833-9455
Scott Thomson, SBN 237057
KASDAN SIMONDS RILEY & VAUGHAN LLP
19900 MacArthur Blvd., Ste. 850
Irvine, CA 92612

DATE: *(Fecha)* JUL 26 2010 Clerk, by *(Secretario)* R. Devries , Deputy *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

(SEAL)

NOTICE TO THE PERSON SERVED: You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: UPONOR NORTH AMERICA, INC.

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: SWEIDAN, et al. v. WIRSBO COMPANY, et al. | CASE NUMBER: |
|---|---|

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

UPONOR WIRSBO, a Business Entity of Unknown Form, K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; HOVNANIAN ENTERPRISES, INC., a Delaware Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 though 6,000, inclusive.



Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Legal Solutions Plus

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Scott J. Thomson, SBN 237057<br>KASDAN SIMONDS RILEY & VAUGHAN, LLP<br>19900 MacArthur Blvd., Suite 850<br>Irvine, CA 92612<br>TELEPHONE NO.: (949) 851-9000 FAX NO. (Optional): (949) 833-9455<br>E-MAIL ADDRESS (Optional): sthomson@kasdansimonds.com<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 4050 Main Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501-3703<br>BRANCH NAME: RIVERSIDE COURT-CIVIL DEPARTMENT COURTHOUSE | |
| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, etc.<br>DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER:<br>RIC 10014729 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Certificate of Counsel, Notice of Assignment to Department for Case Management Purposes and Case Management Conference.
3. a. Party served *(specify name of party as shown on documents served)*: WIRSBO COMPANY

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 5925 148th Street West, Apple Valley, MN 55124.
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, etc.<br>DEFENDANT/RESPONDENT: WIRSBO COMPANY, an Illinois, etc. | CASE NUMBER:<br>RIC 10014729 |
|---|---|

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: July 28, 2010 (2) from *(city)*: Irvine, California
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: WIRSBO COMPANY
   under the following Code of Civil Procedure section:
   - [X] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: TRISH MARICELLI
   b. Address: 19900 MacArthur Blvd., Suite 850, Irvine, CA 92612
   c. Telephone number: (949) 851-9000
   d. The fee for service was: $
   e. I am:
   (1) [ ] not a registered California process server.
   (2) [X] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 28, 2010

TRISH MARICELLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Trish Maricelli
(SIGNATURE)

RECEIVED 07/26/2010 20:11

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 26 2010

R. Devries

NOTICE TO DEFENDANT: WIRSBO COMPANY, an Illinois
(AVISO AL DEMANDADO): Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation, UPONOR, INC., an Illinois Corporation,
(SEE ATTACHED ADDITIONAL DEFENDANTS ATTACHMENT)

YOU ARE BEING SUED BY PLAINTIFF: ROGER SWEIDAN,
(LO ESTÁ DEMANDANDO EL DEMANDANTE): individually and on behalf of a class of similarly situated persons,
(SEE ATTACHED ADDITIONAL PLAINTIFFS ATTACHMENT)

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER: (Número del Caso): RIC 10014729

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA - RIVERSIDE
4050 Main St.
Same
Riverside, CA 92401

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
(949) 851-9000 (949) 833-9455
Scott Thomson, SBN 237057
KASDAN SIMONDS RILEY & VAUGHAN LLP
19900 MacArthur Bvld., Ste. 850
Irvine, CA 92612

DATE: JUL 26 2010
*(Fecha)*

Clerk, by R. Devries, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

(SEAL)

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: WIRSBO COMPANY

under: ☒ CCP 416.10 (corporation)
☐ CCP 416.20 (defunct corporation)
☐ CCP 416.40 (association or partnership)
☐ CCP 416.60 (minor)
☐ CCP 416.70 (conservatee)
☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

SUM-200(A)

| SHORT TITLE: SWEIDAN, et al. v. WIRSBO COMPANY, et al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

UPONOR WIRSBO, a Business Entity of Unknown Form, K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; HOVNANIAN ENTERPRISES, INC., a Delaware Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 though 6,000, inclusive.

Maura Walsh Ochoa (SBN 193799)
Nancy M. Han (SBN 262601)
GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA LLP
505 Sansome Street, Suite 1950
San Francisco, California 94111
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
WIRSBO COMPANY, UPONOR NORTH AMERICA, and UPONOR INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, SUSAN LOOMIS, individually and on behalf of a class of similarly situated persons, ANTHONY RADICIA, individually and on behalf of a class of similarly situated persons, CHRISTINA RADICIA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>WIRSBO COMPANY, an Illinois Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation; UPONOR, INC., an Illinois Corporation; UPONOR WIRSBO, Business Entity of Unknown Form; K. HOVNANIAN COMMUNITIES, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES SOUTHERN, INC., a California Corporation, formerly known as K. HOVNANIAN FORECAST HOMES, INC., a California Corporation; EXECUTIVE PLUMBING, INC., a California Corporation; and DOES 1 through 6,000, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE TO ALL PARTIES OF REMOVAL FROM STATE COURT** |

TO: ALL COUNSEL OF RECORD

Please take notice that Defendants, WIRSBO COMPANY, UPONOR NORTH



EXHIBIT
tabbies
2

AMERICA, INC. and UPONOR, INC. have filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332(d)(2)(A), 1441(a) and 1446(a). A copy of WIRSBO COMPANY, UPONOR NORTH AMERICA, INC. and UPONOR, INC.'s Notice of Removal to the United States District Court is attached hereto.

Dated: August 17, 2010

**GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA LLP**

By: ______________________
Nancy M. Han
Attorneys for Defendants
WIRSBO COMPANY, UPONOR NORTH AMERICA, and UPONOR INC.

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 505 Sansome Street, Suite 1950, San Francisco, CA 94111 which is located in the county where the mailing described below took place.

On the date stated below, I caused to be served in the manner indicated the following documents:

**CIVIL COVER SHEET; NOTICE OF REMOVAL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the parties involved addressed as follows:

Scott J. Thompson, Esq.
Kasdan, Simonds, Riley & Vaughan, LLP.
19900 MacArthur Blvd. Suite 850
Irvine, CA 92612
Fax: (949) 833-9455

Jonathan C. Terry, Esq.
Timothy Gravitt, Esq.
Ivette Kincaid, Esq.
ULICH & TERRY LLP
4041 MacArthur Blvd., Suite 500
Newport Beach, California 92660
Fax: 949-250-9777

[ ] **By Personal Delivery**: I caused each such envelope to be delivered by hand to the parties listed above on __________.

[X] **By Mail**: I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[X] **By Facsimile**: By use of facsimile machine telephone number (415) 989-2802, I served a copy of the within document on the interested parties at the facsimile numbers listed. The transmission was reported as complete and without error.

[ ] **By Overnight Delivery**: I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by UPS or federal Express. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for overnight delivery and know that in the ordinary course of my business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or Federal Express or delivered to an authorized courier or driver authorized by UPS or Federal Express to receive documents on the same date that is placed at my place of business for collection.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED ON August 17, 2010

Erica Tu

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>ROGER SWEIDAN, individually and on behalf of a class of similarly situated persons, et al. | **DEFENDANTS**<br>WIRSBO COMPANY, an Illinois Corporation; UPONOR NORTH AMERICA, INC., a Delaware Corporation, UPONOR, INC., and Illinois Corporation, UPONOR WIRSBO, Business Entity of Unknown Form, et al. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known)<br>Maura Walsh Ochoa (SBN 193799)<br>Nancy M. Han (SBN 262601)<br>GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA LLP<br>505 Sansome Street, Suite 1950 San Francisco, CA 94111 (415) 344-9670 |

BY FAX

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT: $**____________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Original jurisdiction under 28 U.S.C. 1441(a) and Diversity of Citizenship under 28 U.S.C. 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☒ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/ PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: ED CV 10 - 01233 VAP (OPx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | Various Counties in California (Class Action) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| None | Illinois and Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | Various Counties in California (Class Action) |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] Date 8/17/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

**EDCV10- 1233 VAP (OPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[X] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.