**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. EDCV 10-01233 VAP(OPx) Date: October 5, 2010

Title: ROGER SWEIDAN, et al. *-v-* WIRSBO COMPANY, et al.
===============================================================
PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| | |
|---|---|
| Marva Dillard<br>Courtroom Deputy | None Present<br>Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS: MINUTE ORDER GRANTING MOTIONS TO REMAND (IN CHAMBERS)

Before the Court are two Motions to Remand ("Motions"); the first filed by Plaintiffs Susan Loomis, Anthony Radicia, Christina Radicia, and Roger Sweidan ("Plaintiffs"); and the second filed by Defendants Lennar Homes of California, Inc., and Lennar Sales Corp. ("Lennar Defendants"). The Motions are appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; Local R. 7-15.

Plaintiffs filed their Motion to Remand on September 13, 2010, to be heard on October 18, 2010. (See Doc. No. 13.) The Lennar Defendants filed the Motion to Remand on September 15, 2010, to be heard on October 18, 2010. (See Doc. No. 17.) Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Defendants Wirsbo Company, Uponor North America, and Uponor Inc. ("Wirsbo Defendants") are

represented by counsel, but have not filed timely oppositions to the Motions. Under Local Rule 7-12, the Court finds the Wirsbo Defendants consented to granting the Motion. The matter is therefore REMANDED to the California Superior Court for the County of Riverside.

**IT IS SO ORDERED.**